UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Trustees of the LOCAL 7 TILE INDUSTRY WELFARE FUND and LOCAL 7 TILE INDUSTRY ANNUITY FUND, Trustees of the TILE LAYERS LOCAL UNION 52 PENSION FUND, Trustees of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, Trustees of the INTERNATIONAL MASONRY INSTITUTE, and Thomas Lane as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J. BAC,

Plaintiffs,

-against-

SESSO CUSTOM TILE, INC.,

Defendant.

09 Civ. 1497 (JG)

**DEFAULT JUDGMENT**

The Summons and Complaint in this action having been duly served on the above-named Defendants Sesso Custom Tile, Inc., ("Sesso"), and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Defendant SESSO CUSTOM TILE, INC., with a principal place of business at 33 Wilson Avenue, West Paterson, New Jersey 07424 is directed to produce its books and records for the period January 1, 2004 through present and to allow Plaintiffs Trustees of the LOCAL 7 TILE INDUSTRY WELFARE FUND and LOCAL 7 TILE INDUSTRY ANNUITY FUND, Trustees of the TILE LAYERS LOCAL UNION 52 PENSION FUND, Trustees of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, Trustees of the

INTERNATIONAL MASONRY INSTITUTE, and Thomas Lane as President of TILE, MARBLE & TERRAZZO LOCAL NO. 7 OF N.Y. & N.J. BAC to conduct an audit of said books and records within 30 days from the date of this default judgment, Defendant Sesso Custom Tile, Inc. to bear the costs of said audit.

Judgment dated:

September 1, 2009

By: s/John Gleeson

USDJ